**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01884-CMA-MJW

WERNER INVESTMENTS, LLC,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Joint Motion

for Dismissal (Doc. # 55), signed by the attorneys for the parties hereto, it is

ORDERED that this case and all claims asserted by Plaintiff against Defendant

are hereby DISMISSED WITH PREJUDICE, each party to pay his or its own attorney

fees and costs.

      DATED:  July __23__, 2013

                      BY THE COURT:

                      _Christine M. Arguello_

                      CHRISTINE M. ARGUELLO
                      United States District Court Judge