**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01884-CMA-MJW

WERNER INVESTMENTS, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Joint Motion for Dismissal (Doc. # 55), signed by the attorneys for the parties hereto, it is

ORDERED that this case and all claims asserted by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  July  23 , 2013

                                                BY THE COURT:

                                                */s/ Christine M. Arguello*

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge